Robert A. Faucher (ISB #4745)
rfaucher@hollandhart.com
A. Dean Bennett (ISB #7735)
adbennett@hollandhart.com
Julie A. Hamilton (ISB #11708)
jahamilton@hollandhart.com
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  (208) 342-5000
Facsimile:  (208) 343-8869

Jonathan K. Youngwood (*Admitted Pro Hac Vice*)
jyoungwood@stblaw.com
Meredith Karp (*Admitted Pro Hac Vice*)
meredith.karp@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAYSERVICES BANK,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL RESERVE BANK OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 1:23-cv-00305-REP<br><br>**DEFENDANT FEDERAL RESERVE BANK OF SAN FRANCISCO'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

Defendant Federal Reserve Bank of Francisco, pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves the Court for its Order dismissing Plaintiff's Complaint on the grounds that Plaintiff has failed to state a claim for which relief can be granted.  This Motion is supported by Defendant's Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint for Declaratory and Injunctive Relief and the Declaration of Meredith Karp in Support of Defendant's Motion to Dismiss Plaintiff's Complaint for Declaratory and Injunctive Relief filed concurrently herewith.

Oral argument on this Motion is requested only to the extent deemed necessary by the Court.

Dated this 14th day of August, 2023.

*Respectfully submitted,*

HOLLAND & HART LLP

By: /s/ Robert A. Faucher
    Robert A. Faucher, of the firm

    *- and -*

SIMPSON THACHER & BARTLETT LLP

By: /s/ Jonathan K. Youngwood
    Jonathan K. Youngwood (*Admitted Pro Hac Vice*)
    Meredith Karp (*Admitted Pro Hac Vice*)

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 14th day of August, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

  Asa Daniel Brown
  asa@asabrownlaw.com

  Jade A. Craig
  jade@jadeacraigpa.com

            /s/ Robert A. Faucher
            Robert A. Faucher
            of HOLLAND & HART LLP

30236166_v5