

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 24-2355 |
| Originating Case Number: | 1:23-cv-00305-REP |
| | |
| Case Title: | PayServices Bank v. Federal Reserve Bank of San Francisco |

**Monday, April 22, 2024**
PayServices Bank

Mediation Questionnaire due

**Tuesday, May 28, 2024**
PayServices Bank

Appeal Opening Brief (No Transcript Due)

**Friday, June 28, 2024**
Federal Reserve Bank of San Francisco

Appeal Answering Brief (No Transcript Due)

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**