**UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **24-2355**     U.S. District Court No. **1:23-cv-00305-REP**

Short Case Title | PayServices Bank v. Federal Reserve Bank of San Francisco

Date Notice of Appeal Filed by Clerk of District Court | 4/13/2024

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| **01/25/2024** | **Tamara Weber** | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the Transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered **04/18/2024**     Estimated completion date **04/25/2024**

Signature of Attorney | /s/Jade A. Craig

Address: **1048 S. Clearview Ave #3**
**Tampa, FL 33629**

Phone Number | 813-459-1309

e-mail: | jade@jadeacraigpa.com

**Section B -** To be completed by Court Reporter

I, _____ have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages in Transcript _____ Due Date _____

**Section C** - To be completed by Court Reporter

When the transcript is filed, complete and submit to the U.S. District Court with the completed transcript. District Court will not file the transcript without this completed form.

Date Transcript Filed _____ Court Reporter's Signature_____

**Section D**

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

By: _____
(U.S. District Court Clerk)                    (date)                    (Deputy Clerk)

This is the **CERTIFICATE OF RECORD.** A copy should be transmitted to the Court of Appeals by the District Clerk when the transcript is filed and the record is complete in the District Court.